IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIN MYOSHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-cv-08059 |
| | ) | |
| FIRST NATIONAL COLLECTION | ) | Honorable Robert W. Gettleman |
| BUREAU, INC., LVNV FUNDING LLC, | ) | |
| RESURGENT CAPITAL SERVICES, L.P., | ) | |
| and ALEGIS GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorney Nicole M. Strickler (the "Petitioner"), for Defendant First National Collection Bureau, Inc., Defendant LVNV Funding LLC, Defendant Resurgent Capital Services, L.P., and Defendant Algeis Group, LLC (collectively, the "Defendants"), respectfully moves this Court to enter an Order granting Petitioner leave to withdraw as Counsel for Defendants, and in support of this Motion states as follows:

1. The Petitioner is an attorney of record for the Defendants in this matter. Petitioner entered her appearance on the matter on January 2, 2019.

2. An "attorney seeking to withdraw must establish that his client consents **or** that a valid and compelling reason exists for the court to grant the motion over an objection." *Stafford v. Mesnik*, 63 F.3d 1445, 1448 (7th Cir. 1995) (emphasis added).

3. Defendants retained new counsel, Robbie Malone of Malone and Martin PLLC, who has her appearance on file, and as such, Petitioner will be no longer representing Defendants in this matter.

1

4. Petitioner respectfully requests that she be granted leave to withdraw as Counsel for the Defendants.

5. Notice and this Motion for Leave to Withdraw as Counsel have been directed to Plaintiff and Defendants' counsel of record.

6. This motion is made for good cause, not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

WHEREFORE, Nicole M. Strickler respectfully requests that this Court grant her Motion for Leave to Withdraw as Counsel and for such other relief as this Court deems just.

Respectfully Submitted,

NICOLE M. STRICKLER

By: /s/ Nicole M. Strickler
Nicole M. Strickler
Attorney #6298459
Attorney for Defendants
Messer Strickler Ltd.
225 W. Washington St., Suite 575
Chicago, Illinois 60606
(312) 334-3442 (Direct)
(312) 33403473 (Fax)
nstrickler@messerstrickler.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> By: /s/ Nicole M. Strickler
> Nicole M. Strickler
> Attorney #6298459
> Attorney for Defendants
> Messer Strickler Ltd.
> 225 W. Washington St., Suite 575
> Chicago, Illinois 60606
> (312) 334-3442 (Direct)
> (312) 33403473 (Fax)
> nstrickler@messerstrickler.com