**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIN MYOSHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cv-08059 |
| ) | |
| FIRST NATIONAL COLLECTION ) | Honorable Robert W. Gettleman |
| BUREAU, INC., LVNV FUNDING LLC, ) | |
| RESURGENT CAPITAL SERVICES, L.P., ) | |
| and ALEGIS GROUP, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

**1.** **Nature of the Case**

    **A.** **Hearing Date and Time:**

    This matter is set for a status hearing on September 19, 2019 at 9:15 a.m.

    **B.** **Attorneys of Record (indicating which attorney is expected to try the case):**

    Daniel A. Edelman, Catherine M. Combs, Tara L. Goodwin, and Bryan G. Lesser of Edelman, Combs, Latturner & Goodwin, LLC, represent plaintiff. Tara L. Goodwin will be the lead trial attorney for plaintiff.

    Robbie Malone, Eugene Xerxes Martin, Patrick Watts, and Cooper M. Walker represent defendants First National Collection, Inc., LVNV Funding, LLC, Resurgent Capital Services, L.P., and Alegis Group, LLC. Robbie Malone will be the lead trial attorney for defendants.

    **C.** **Nature of the Claim and any Counterclaim (including brief statement of factual context of case, and description of any affirmative defenses):**

    Plaintiff has alleged that defendants have violated the Fair Debt Collection Practices Act ("FDCPA"), when they engaged in the following conduct: sending collection letters with materially misleading information implying that credit reporting might occur on debts by the current account owner where no such credit reporting could possibly occur due to the lengthy of time which has elapsed since first delinquency. Defendants assert that no FDCPA violation has occurred. In the alternative, Defendants assert that any violation that has occurred was the result of a bona fide error.

D. **Discovery**

The Parties have provided their mandatory initial disclosures. The Parties have sent, received, and responded to the first set of discovery requests. The Parties held a Rule 37 Conference. The Defendants provided supplemental objections and answers to Plaintiff's requests. The Plaintiff has served a second set of discovery requests on Defendant First National Collection Bureau ("FNC").

E. **Anticipated Discovery Motions:**

Plaintiff expects to file a motion to compel regarding the Defendants' financial statements, pertinent policies and procedures, other complaints and inquiries from consumers referring to debts over 7.5 years old, the authorization to collect the debt at issue, any compensation structure between the Defendants, telephone records regarding the Plaintiff, and the Defendants' personal knowledge of the underlying creditor's intention to report the debt.

F. **Deposition Schedule:**

The following depositions have been tentatively scheduled:

Resurgent Capital 30(b)(6): 9:00 a.m. October 11, 2019.

Alegis Group, LLC 30(b)(6): 12:00 p.m. October 11, 2019.

LVNV Funding, LLC 30(b)(6): 1:00 p.m. October 11, 2109.

FNC 30(b)(6): 9:00 a.m. October 17, 2019.

Scott Carroll: October 17, 2019.

Eliseo Montenegro: October 17, 2019.

Min Myosha: schedule pending.

Dated: 9/13/2019                                  Respectfully submitted,

*/s/Tara L. Goodwin*                              */s/Robbie Malone*
Tara L. Goodwin                                   Robbie Malone
_____         _____

Daniel A. Edelman                                 ROBBIE MALONE
Cathleen M. Combs                                 Email: rmalone@mamlaw.com
Tara L. Goodwin                                   EUGENE XERXES MARTIN, IV
Tgoodwin@edcombs.com                              Email: xmartin@mamlaw.com

| | |
|---|---|
| Bryan G. Lesser<br>Blesser@edcombs.com<br>EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC<br>20 S. Clark St., Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200<br>(312) 419-0379<br><br>*Attorneys for Plaintiff Min Myosha* | COOPER M. WALKER<br>Email: cwalker@mamlaw.com<br>PATRICK WATTS<br>MALONE FROST MARTIN PLLC<br>NorthPark Central, Suite 1850<br>8750 North Central Expressway<br>Dallas, TX 75231<br>T: 214-346-2630 \| F: 214-346-2631<br><br>*Attorneys for First National Collection Bureau, Inc., LVNV Funding, LLC, Resurgent Capital Services, L.P., and Alegis Group, LLC* |

**CERTIFICATE OF SERVICE**

      I, Tara L. Goodwin, hereby certify that on September 13, 2019 I caused to be filed the foregoing document via the CM/ECF System, which caused to be sent notification of such filing to all counsel of record.

                                                                   *s/Tara L. Goodwin*
                                                                   Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Bryan G. Lesser
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)