## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MIN MYOSHA, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-cv-08059 |
| | ) | |
| FIRST NATIONAL COLLECTION | ) | Honorable Robert W. Gettleman |
| BUREAU, INC., LVNV FUNDING LLC, | ) | |
| RESURGENT CAPITAL SERVICES, L.P., | ) | |
| and ALEGIS GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached an individual settlement of this case and that they require time to memorialize and effectuate the terms of the settlement. Plaintiff will file a stipulation of dismissal once the settlement is completed. Plaintiff respectfully requests that this Court strike all pending deadlines.

                                             Respectfully submitted,

                                             */s/ Tara L. Goodwin*
                                             Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Bryan G. Lesser
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603-3593
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

  I, Tara L. Goodwin, hereby certify that on September 27, 2019 I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused to be sent notification of such filing to all counsel of record.

                     *s/ Tara L. Goodwin*
                     Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Bryan G. Lesser
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com